## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 1, 2013

_____

### DOCKET CORRECTION NOTICE
_____

No.   13-1926,        Barbranda Walls v. Wells Fargo Bank, N.A.
                      1:13-cv-00623-LMB-JFA

TO:    Harry Truman Spikes

**FILING CORRECTION DUE:  October 11, 2013**

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[XX] Incorrect events used. Please refile brief and appendix using [BRIEF by Appellant] and [FULL ELECTRONIC APPENDIX].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[XX] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Cathy Poulsen, Deputy Clerk
804-916-2704